UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. |
| V. | : | 3:23-cr-00079-RNC |
| JOHNNY MILNER | : | SEPTEMBER 15, 2023 |

### MOTION FOR CONTINUANCE OF JURY SELECTION [WITH CONSENT]

The defendant, Johnny Milner, by and through his attorney Jon L. Schoenhorn. moves this Court for a continuance of jury selection to December 12, 2023, or to a date thereafter convenient to the Court and all parties.

In support of this motion, the defendant states the following:

1. On or about February 21, 2023, the defendant, together with others, was indicted on federal criminal charges in this case. The defendant was presented on the indictment, arraigned and is currently detained at the Donald W. Wyatt Detention Center in Central Falls, Rhode Island.

2. On or about September 9, 2023, the undersigned filed a motion to extend the time for filing pre-trial motions under federal Rule 12(b)(3). The grounds for that motion are based upon a potential conflict of interest that was brought to the undersigned's attention by government counsel.

3. Although that potential conflict is waivable, the sixth amendment right to conflict-free representation it requires written acknowledgment of the bases for conflict by the client and a conflict waiver: to date, the undersigned has not executed such a waiver.

4. The potential conflict also requires receipt pf a waiver of potential conflict with another client of the undersigned who is not a defendant in this case.

5. Government counsel has requested that if the time for filing pre-trial motions is extended, that it would need more time to prepare for trial the government has no objection to this request.

6. The defendant has executed a waiver of speedy trial rights to facilitate postponement of his trial which is attached.

WHEREFORE, the defendant requests that his jury selection be continued from November 14, 2023 to December 12, 2023.

                THE DEFENDANT –
                JOHNNY MILNER

By: *Jon L. Schoenhorn*
     Jon L. Schoenhorn, His Attorney
     Jon L. Schoenhorn & Associates LLC
     108 Oak Street
     Hartford, CT 06106
     Tel.(860) 278-3500
     Fax. (860) 278-6393
     Fed Bar No. CT00119

## CERTIFICATION

 I hereby certify that on the above date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*Jon L. Schoenhorn*
Jon L. Schoenhorn

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. |
| | : | |
| V. | : | 3:23-cr-00079-RNC |
| | : | |
| JOHNNY MILNER | : | SEPTEMBER 12, 2023 |

### WAIVER OF SPEEDY TRIAL

The defendant, Johnny Milner, hereby waives those rights accorded to him by the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(8)(A) and the Local Speedy Trial Plan, and requests that the time period from November 14, 2023 through December 12, 2023, be excluded from the speedy trial calculations to permit him to continue to investigate various matters, and negotiate a possible resolution of his case.

In support of this waiver, the defendant states as follows:

He is represented by and has consulted with his attorney concerning this waiver;

He understands that by signing this waiver, he will be giving up those rights accorded to him by the Speedy Trial Act and the Local Speedy Trial Plan; and

He requests that the Court find that the requested continuance is in the best interests of the defendant and outweighs his interest and the public's interest in a speedy trial, and that the court will find that period of delay from November 14, 2023 through December 12, 2023, should be excluded from any speedy trial calculation.

_____       9/14/23
Johnny Milner                          Date

_____       9/14/23
Jon L. Schoenhorn                      Date